UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZHAR A. AL HINDAWY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　　　　　Defendant. | CASE NO. C16-0366JLR<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

The court has reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge J. Richard Creatura. It is therefore ORDERED:

(1)　The court adopts the Report and Recommendation;

(2)　This matter is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g);

(3)　The clerk shall enter JUDGMENT for the Defendant, and the case should be closed; and

(4)　The clerk shall direct copies of this Order to all counsel and to Judge

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Creatura.

DATED this \_\_19th\_\_ day of December, 2016.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2